| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Azuka Foods Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **113423470** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1642 Pitkin Ave.**<br>**Brooklyn, NY**<br>ZIP CODE **11212** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**10 Legend Circle**<br>**Melville, NY**<br>ZIP CODE **11747** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1101 Rutland Road**<br>**Brooklyn, NY** | ZIP CODE **11212** |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business** (Check **one** box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Azuka Foods Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Rockaway MCD LLC** | Case Number: | Date Filed: **2-9-2011** |
| District: **EDNY** | Relationship: **Affilliate** | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X Not Applicable** <br> Signature of Attorney for Debtor(s)     Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Azuka Foods Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X **/sGary M. Kushner**
Signature of Attorney for Debtor(s)

**Gary M. Kushner   Bar No. 9441**
Printed Name of Attorney for Debtor(s) / Bar No.

**Forchelli, Curto, Deegan, Schwartz,**
Firm Name

**The Omni 333 Earle Ovington Boulevard**
Address

**Suite 1010  Uniondale, NY 11553**

**(516) 248-1700            (516-248-1729)**
Telephone Number

**2/9/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Joseph Mbanefo**
Signature of Authorized Individual

**Joseph Mbanefo**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**2/9/2011**
Date

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR | | |
|---|---|---|
| Name of Debtor | Case Number | Date |
| **Rockaway MCD LLC** | | **2-9-2011** |
| District | Relationship | Judge |
| **EDNY** | **Affilliate** | |

| | | |
|---|---|---|
| Name of Debtor | Case Number | Date |
| **Seaview MCD LLC** | | **2-9-2011** |
| District | Relationship | Judge |
| **EDNY** | **Affilliate** | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# Eastern District of New York

In re  **Azuka Foods Inc.**                    ,    Case No. _____
                Debtor
                                                     Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **GCS Repair** (address unkown, no invoice rec'd) | | | | $1,727.00 |
| **McDonald's USA LLC** 105 Eisenhower Parkway, 3d Fl Roseland, NJ 07068 | | | **DISPUTED** | $147,957.00 |
| **New York State Dept of Taxation** 55 Hanson Place Brooklyn, NY 11217 | | | **UNLIQUIDATED DISPUTED** | $147,957.00 |
| **Internal Revenue Service** 625 Fulton St Brooklyn, NY 11201 | | | **UNLIQUIDATED DISPUTED** | $118,776.00 |
| **Frankie** 800 Aviation Parkway Smyrna, TN 37167 | | | **DISPUTED** | $7,847.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Azuka Foods Inc.**, Case No. _____
                Debtor                Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| H&K Norwood<br>2980 Technology Drive<br>Rochester Hills, MI 48309 | | | DISPUTED | $17,776.57 |
| Coca Cola<br>Attn Dunwoody Campus Ste 502<br>PO Box 1578<br>Atlanta, GA 30301-9964 | | | DISPUTED | $9.427.54 |
| Restaurant Technologies Inc.<br>2250 Pilot Knob Rd<br>Suite 100<br>Mendota Heights MN 55120 | | | DISPUTED | $6,922.00 |
| Par Tech<br>8383 Seneca Turnpike<br>New Hartford, NY 13413 | | | DISPUTED | $3,500.00 |
| Aramark<br>1101 Market St<br>Philadelphia, PA 19107 | | | | $1,564.00 |
| Muzak<br>3318 Lakemont Blvd<br>Fort Mill SC 29708 | | | UNLIQUIDATED | $2,000.00 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Azuka Foods Inc.**, Case No. _____
                        Debtor
                                            Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bug Buster<br>97-05 Union Ave<br>Westbury, NY 11590 | | | | $2,468.00 |
| CMI Services Corp.<br>240 Crossbay Blvd<br>Broad Channel, NY 11693 | | | | $833.00 |
| McDonald's Coop<br>96 East Main St<br>Little Falls, NJ 07424 | | | **DISPUTED** | $8,145.34 |
| TIA New York, Inc.<br>1842 Newbridge Rd<br>North Bellmore, NY 11710 | | | | $1,200.00 |
| Qrssoft Inc.<br>PO Box 2892<br>West Lafayette, IN 47996 | | | | $140.00 |
| Lake Forest Bank & Trust Company<br>727 N Bank Lane<br>Lake Forest, IL 60045 | | | **UNLIQUIDATED DISPUTED** | $1,800,000.00 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Azuka Foods Inc.** ,          Case No. _____

                          Debtor                   Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Joseph Mbanefo, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **2/9/2011**          Signature: **s/ Joseph Mbanefo**

                                  **Joseph Mbanefo ,President**
                                  (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Aramark
1101 Market St
Philadelphia, PA 19107


Bug Buster
97-05 Union Ave
Westbury, NY 11590


CMI Services Corp.
240 Crossbay Blvd
Broad Channel, NY 11693


Coca Cola
Attn Dunwoody Campus Ste 502
PO Box 1578
Atlanta, GA 30301-9964


Ballard Spahr LLP
Dean C. Waldt, Esq.
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002


Frankie
800 Aviation Parkway
Smyrna, TN 37167


GCS Repair
(address unkown, no invoice rec'd)


H&K Norwood
2980 Technology Drive
Rochester Hills, MI 48309


Highland Park Bank & Trust
Attn: Sandra S. McCraren
1949 St. Johns Avenue
Highland Park, IL 60035

Internal Revenue Service
625 Fulton St
Brooklyn, NY 11201

Joseph Mbanefo
10 Legend Circle
Melville, NY 11747

Lake Forest Bank & Trust Company
727 N Bank Lane
Lake Forest, IL 60045

McDonald's Coop
96 East Main St
Little Falls, NJ 07424

McDonald's USA LLC
105 Eisenhower Parkway, 3d Fl
Roseland, NJ 07068

Metroplex
6 Commerce Drive S
Harriman, NY 10926

Muzak
3318 Lakemont Blvd
Fort Mill SC 29708

New York State Dept of Taxation
55 Hanson Place
Brooklyn, NY 11217

Par Tech
8383 Seneca Turnpike
New Hartford, NY 13413

Qrssoft Inc.  
PO Box 2892  
West Lafayette, IN 47996

Restaurant Technologies Inc.  
2250 Pilot Knob Rd  
Suite 100  
Mendota Heights MN 55120

Rockaway MCD LLC  
1647 Rockaway Parkway  
Brooklyn, NY 11236

Seaview MCD LLC  
2028 Rockaway Parkway  
Brooklyn, NY 11236

TIA New York, Inc.  
1842 Newbridge Rd  
 North Bellmore, NY 11710

# United States Bankruptcy Court

## Eastern District of New York

In re:  
**Azuka Foods Inc.**

Case No. _____  
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Joseph Mbanefo**, declare under penalty of perjury that I am the **President** of **Azuka Foods Inc.,** a **New York** Corporation and that on **02/09/2011** the following resolution was duly adopted by the **Board of Directors** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Joseph Mbanefo**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Joseph Mbanefo**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Joseph Mbanefo**, **President** of this Corporation, is authorized and directed to employ **Gary M. Kushner**, attorney and the law firm of **Forchelli, Curto, Deegan, Schwartz,** to represent the Corporation in such bankruptcy case."

Executed on: **2/9/2011**

Signed: **s/ Joseph Mbanefo**  
**Joseph Mbanefo**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

_____x

In Re:

**Azuka Foods Inc.**

**Case No.**

**Chapter        11**

**Debtor(s)**

_____x

# VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

     The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:  **2/9/2011**

              **s/ Joseph Mbanefo**
              **Joseph Mbanefo**
              Debtor

              **/sGary M. Kushner**
              **Gary M. Kushner**
              Attorney for Debtor